# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTY PSENCIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 23-cv-2062-SMY |
| DOLLAR TREE STORES, INC. and | ) |
| DAVID WADE, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal (Doc. 25), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** February 4, 2025

                MONICA A. STUMP,
                Clerk of Court

                By: s/Stacie Hurst, Deputy Clerk

**Approved:** _[signature]_

**STACI M. YANDLE**
**United States District Judge**